# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEONIS LAMONT DAVIS,<br><br>Petitioner,<br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 3:20-cv-00587-MMD-CLB<br><br>ORDER |

Petitioner Keonis Davis has filed an application to proceed *in forma pauperis* with his petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. (ECF No. 1.) The Court finds Petitioner can pay the full filing fee of $5.00.

It is therefore ordered that Petitioner's application to proceed *in forma pauperis* (ECF No. 1) is denied. Petitioner shall have 30 days from the date this order is entered to have the filing fee of $5.00 sent to the Clerk of Court. Failure to comply will result in the dismissal of this action.

The Clerk of Court is directed to send Petitioner two copies of this order.

It is further ordered that Petitioner make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED THIS 19th Day of October 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE