UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEONIS LAMONT DAVIS, | Case No. 3:20-cv-00587-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

On October 19, 2020, the Court entered an order denying Petitioner Keonis Davis's motion to proceed *in forma pauperis*, but allowed him 30 days within which to pay the $5.00 filing fee for this *habeas corpus* action. (ECF No. 3.) Petitioner has not complied with the Court's order within the allotted time. The Court thus will dismiss this action. Additionally, reasonable jurists would not find the Court's conclusion to be debatable or wrong. The Court therefore will not issue a certificate of appealability.

It is therefore ordered that this action be dismissed without prejudice for Petitioner's failure to comply with the Court's October 19, 2020 order.

It is further ordered that no certificate of appealability shall issue.

The Clerk of Court is directed enter judgment accordingly and close this case.

DATED THIS 11th Day of January 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE